United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Med-X Global, LLC, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 19-20722-Civ-Scola |
| SunMed International, LLC and others, Defendants. | ) |

### Order

This matter is before the Court following Magistrate Judge Goodman's entry of an Order compelling certain discovery sought by Plaintiff Med-X Global, LLC ("Med-X"). (ECF No. 134.)

In its Order of October 17, 2022 (ECF No. 129), the Court deferred ruling on Defendant SunMed Interntational, LLC's ("SunMed") pending motion for summary judgment (ECF No. 122) because the Court had not yet ascertained whether Plaintiff Med-X Global, LLC ("Med-X") was entitled to the discovery it complained it had not received in resisting that motion as premature.

Judge Goodman's Order now makes clear that Med-X is indeed entitled to that discovery, and as noted by the Court in its previous Order, "summary judgment should not be granted until the party opposing the motion has had an adequate opportunity to conduct discovery." *Est. of Todashev by Shibly v. United States*, 815 Fed. App'x 446, 450 (11th Cir. 2020); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986).

Accordingly, the Court **denies** SunMed's motion for summary judgment (**ECF No. 122**) as premature and without prejudice. In addition to the deadlines imposed by Judge Goodman in his Order, the Court reminds the parties that it ordered them to file a joint proposed revised scheduling order within **seven calendar days** of Judge Goodman's ruling on Med-X's motion to compel (i.e. December 14, 2022).

**Done and ordered** at Miami, Florida on December 8, 2022.

Robert N. Scola, Jr.
United States District Judge